# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09CR47-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **FRANK EDWARD WHITLOCK.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion for Consideration of Temporary Bond. It appearing that defendant's mother is in the final stages of a terminal illness and has been admitted to Hospice, the court finds that an exceptional circumstance has been shown for temporary release from custody. Defendant will, therefore, be returned to his Bond and all conditions previously provided for the duration of his mother's illness and any funeral or memorial service that may follow. Defendant shall keep his Pretrial Services Officer advised on a daily basis of his mother's condition and his planned activities for the day. Defendant is advised that his activities while on release need to be centered on providing his mother with companionship and comfort at Hospice, as well as making any final arrangements; otherwise, the court will promptly revoke such release. After events have transpired, the Pretrial Services Officer shall file a Motion for Return to Custody and defendant shall report to court as instructed by his Pretrial Services Order and/or his attorney. Having considered defendant's Motion for Consideration of Temporary

Bond and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Consideration of Temporary Bond (#41) is **GRANTED,** and defendant is **TEMPORARILY** released from pretrial detention under the bond and conditions previously provided and the additional conditions found in this Order.

Signed: January 7, 2010

Dennis L. Howell
United States Magistrate Judge